IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO ROBLES, JACOB BARRIENTES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

With the agreement of counsel for the government,

IT IS ORDERED:

1) Defendant Barrientes' Motion for Disclosure of Identity of Informant, (filing no. 33), is granted.

2) On or before November 4, 2011, the government shall disclose to the defense the identity of the informant, his criminal history if any, and amount of payments he received for his services as an informant. The government need not disclose the informant's current address due to the risk to the informant and the possibility of reprisal from others. However, the government shall coordinate with the defense regarding a time and place where the informant will be available for an interview.

DATED this 24th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge